# EXHIBIT A

# EXHIBIT A

### Choi Device 1:  15 Successful CoStar Logins

| IP Address | Login Credentials Used | Login Date | Login Time |
|---|---|---|---|
| 173.63.121.49 | Brendan Quinn | 3/7/2018 | 9:32 pm |
| 173.63.121.49 | Brendan Quinn | 3/12/2018 | 2:52 pm |
| 173.63.121.49 | Brendan Quinn | 3/13/2018 | 12:16 am |
| 71.187.179.12 | Brendan Quinn | 3/15/2018 | 11:48 pm |
| 173.63.121.49 | Brendan Quinn | 4/6/2018 | 9:58 pm |
| 71.172.57.202 | Eric Anderson | 5/9/2018 | 10:48 pm |
| 71.172.57.202 | Eric Anderson | 5/23/2018 | 9:20 pm |
| 71.172.57.202 | Eric Anderson | 5/24/2018 | 2:30 pm |
| 71.172.57.202 | Eric Anderson | 5/31/2018 | 2:27 pm |
| 71.172.57.202 | Eric Anderson | 5/31/2018 | 2:28 pm |
| 71.172.57.202 | Eric Anderson | 5/31/2018 | 9:57 pm |
| 71.172.57.202 | Eric Anderson | 6/1/2018 | 11:47 am |
| 71.172.57.202 | Eric Anderson | 6/4/2018 | 1:06 pm |
| 71.172.57.202 | Eric Anderson | 6/6/2018 | 12:54 am |
| 71.172.57.202 | Eric Anderson | 6/11/2018 | 6:31 pm |

### Choi Device 2:  2 Successful CoStar Logins

| IP Address | Login Credentials Used | Login Date | Login Time |
|---|---|---|---|
| 173.63.121.49 | Eric Anderson | 4/27/2018 | 3:50 pm |
| 173.63.121.49 | Eric Anderson | 4/27/2018 | 4:15 pm |

### Choi Device 3:  9 Successful CoStar Logins

| IP Address | Login Credentials Used | Login Date | Login Time |
|---|---|---|---|
| 68.172.252.63 | Brendan Quinn | 3/15/2018 | 12:28 am |
| 68.172.252.63 | Brendan Quinn | 3/19/2018 | 11:13 pm |
| 173.63.121.49 | Brendan Quinn | 3/20/2018 | 12:33 pm |

# EXHIBIT A

| IP Address | Login Credentials Used | Login Date | Login Time |
|---|---|---|---|
| 173.63.121.49 | Brendan Quinn | 3/26/2018 | 10:42 pm |
| 173.63.121.49 | Brendan Quinn | 3/29/2018 | 11:57 am |
| 173.63.121.49 | Brendan Quinn | 4/2/2018 | 11:44 pm |
| 173.63.121.49 | Brendan Quinn | 4/4/2018 | 6:30 pm |
| 173.63.121.49 | Brendan Quinn | 4/9/2018 | 11:23 am |
| 108.182.82.235 | Eric Anderson | 5/30/2018 | 12:31 am |

**Choi Device 4:  5 Successful CoStar Logins**

| IP Address | Login Credentials Used | Login Date | Login Time |
|---|---|---|---|
| 71.172.57.202 | Eric Anderson | 6/28/2018 | 3:51 am |
| 24.193.174.161 | Eric Anderson | 8/1/2018 | 1:52 am |
| 71.172.57.202 | Eric Anderson | 8/1/2018 | 12:34 pm |
| 71.172.57.202 | Eric Anderson | 8/2/2018 | 8:05 pm |
| 71.172.57.202 | Eric Anderson | 8/2/2018 | 11:35 pm |

**Choi Device 5:  2 Successful CoStar Logins**

| IP Address | Login Credentials Used | Login Date | Login Time |
|---|---|---|---|
| 173.63.121.49 | Brendan Quinn | 3/24/2018 | 12:45 pm |
| 173.63.121.49 | Brendan Quinn | 3/26/2018 | 12:22 pm |

**Choi Device 6:  4 Successful CoStar Logins**

| IP Address | Login Credentials Used | Login Date | Login Time |
|---|---|---|---|
| 173.63.121.49 | Eric Anderson | 4/25/2018 | 3:40 pm |
| 173.63.121.49 | Eric Anderson | 4/25/2018 | 6:22 pm |
| 173.63.121.49 | Eric Anderson | 4/25/2018 | 6:50 pm |
| 173.63.121.49 | Eric Anderson | 4/25/2018 | 9:30 pm |